**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
**FILED**
*June 12, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No: **4:25-cr-313** |
| SMITCHEL ESTIMABLE, DEMETRIUS PRATT, and KEY'ANDRE GAMBLE, | § § § § | **FILED UNDER SEAL** JUDGE _____ |
| Defendants | § § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### INTRODUCTION

At all times material to this Indictment, Vape Time is a retailer based in Houston, Texas. Vape Time is engaged in a business that buys perishable and non-perishable goods, sells perishable and non-perishable goods, and transacts in United States currency. These goods and currency travel in interstate commerce and affect interstate commerce.

At all times material to this Indictment, Cloud Chaserz is a retailer based in Houston, Texas. Cloud Chaserz is engaged in a business that buys perishable and non-perishable goods, sells perishable and non-perishable goods, and transacts in United States currency. These goods and currency travel in interstate commerce and affect interstate commerce.

At all times material to this Indictment, HTown Smoke N Vape is a retailer based in Houston, Texas. HTown Smoke N Vape is engaged in a business that buys perishable and non-perishable goods, sells perishable and non-perishable goods, and transacts in United States currency. These goods and currency travel in interstate commerce and affect interstate commerce.

## COUNT ONE

### Title 18, United States Code, §§ 1951(a) and 2 – Aiding and Abetting Interference with Commerce by Robbery

On or about July 27, 2024, in the Houston Division of the Southern District of Texas,

**SMITCHEL ESTIMABLE and DEMETRIUS PRATT,**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of Vape Time, located at 4900 Richmond Avenue, Houston, Texas, namely United States currency and goods which were in the possession and custody of an employee of Vape Time by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT TWO

### Title 18, United States Code, §§ 924(c)(1)(A) and 2 - Aiding and Abetting Use, Carry, and Brandish of a Firearm During and in Relation to a Crime of Violence

On or about July 27, 2024, in the Houston Division of the Southern District of Texas,

**SMITCHEL ESTIMABLE and DEMETRIUS PRATT,**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly use, carry, and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count One.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii), (3)(A) and 2.

## COUNT THREE

### Title 18, United States Code, §§ 1951(a) and 2 – Aiding and Abetting Interference with Commerce by Robbery

On or about July 29, 2024, in the Houston Division of the Southern District of Texas,

**SMITCHEL ESTIMABLE and DEMETRIUS PRATT,**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of Cloud Chaserz, located at 2037 West Alabama Street, Houston, Texas, namely United States currency and goods which were in the possession and custody of an employee of Cloud Chaserz by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT FOUR

### Title 18, United States Code, §§ 924(c)(1)(A) and 2 - Aiding and Abetting Use, Carry, and Brandish of a Firearm During and in Relation to a Crime of Violence

On or about July 29, 2024, in the Houston Division of the Southern District of Texas,

**SMITCHEL ESTIMABLE and DEMETRIUS PRATT,**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly use, carry, and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Three.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii), (3)(A) and 2.

## COUNT FIVE

### Title 18, United States Code, §§ 1951(a) and 2 – Aiding and Abetting Interference with Commerce by Robbery

On or about August 26, 2024, in the Houston Division of the Southern District of Texas,

**SMITCHEL ESTIMABLE, DEMETRIUS PRATT, and KEY'ANDRE GAMBLE,**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of HTown Smoke N Vape, located at 318 Shepard Drive, Houston, Texas, namely United States currency and goods which were in the possession and custody of an employee of HTown Smoke N Vape by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT SIX

### Title 18, United States Code, §§ 924(c)(1)(A) and 2 - Aiding and Abetting Use, Carry, and Brandish of a Firearm During and in Relation to a Crime of Violence

On or about August 26, 2024, in the Houston Division of the Southern District of Texas,

**SMITCHEL ESTIMABLE, DEMETRIUS PRATT, and KEY'ANDRE GAMBLE,**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly use, carry, and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Five.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii), (3)(A) and 2.

## COUNT SEVEN

### Title 18, United States Code, §§ 1951(a) and 2 – Aiding and Abetting Interference with Commerce by Robbery

On or about August 26, 2024, in the Houston Division of the Southern District of Texas,

**SMITCHEL ESTIMABLE, DEMETRIUS PRATT, and KEY'ANDRE GAMBLE,**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of Cloud Chaserz, located at 2037 West Alabama Street, Houston, Texas, namely United States currency and goods which were in the possession and custody of an employee of Cloud Chaserz by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT EIGHT

### Title 18, United States Code, §§ 924(c)(1)(A) and 2 - Aiding and Abetting Use, Carry, and Brandish of a Firearm During and in Relation to a Crime of Violence

On or about August 26, 2024, in the Houston Division of the Southern District of Texas,

**SMITCHEL ESTIMABLE, DEMETRIUS PRATT, and KEY'ANDRE GAMBLE,**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly use, carry, and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Seven.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii), (3)(A) and 2.

A TRUE BILL:

Original Signature on File

_____
**FOREMAN OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**


BY: _____
    **John S. Ganz**
    **Assistant U.S. Attorney**